EAGLE NEST CORPORATION, Respondent, *v.* CHARLES S. CARROLL et al., Individually and Constituting the Town Board of the Town of Indian Lake, et al., Appellants.

Submitted May 20, 1943; decided May 21, 1943.

*George N. Ostrander* for appellants.

*J. Theodore Cross* for respondents.

Leave to withdraw appeal granted, without costs.